**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

GERADO MURRUFO RODRIGUEZ,

Petitioner,

v.

SECRETARY OF HOMELAND SECURITY, et. al.,

Respondents.

Case No. EDCV 26-4530-JFW (AS)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein,[1] and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered granting in part and denying in part the Petition as follows: (1) granting the petition to the extent Respondents are enjoined from continuing to detain

[1] The Court has reviewed Petitioner's Traverse, filed on September 4, 2026, after the issuance of the Report and Recommendation on September 3, 2026. (Dkt. Nos. 16, 19)

Petitioner Gerado Murrufo Rodriguez (A# 246-061-614) unless he is provided a new bond hearing within seven (7) days at which the government must bear the burden to prove by clear and convincing evidence that Petitioner poses a flight risk or danger to the community, and otherwise denying the petition; and (2) requiring Respondents to file a status report within eight (8) days advising the Court as to whether Petitioner has received a bond hearing, the outcome of the bond hearing, and Respondents' compliance with the Court's Order.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 23, 2026

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE