JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| GERADO MURRUFO RODRIGUEZ,<br>Petitioner,<br>v.<br>SECRETARY OF HOMELAND SECURITY, et. al.,<br>Respondents. | Case No. EDCV 26-4530-JFW (AS)<br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is GRANTED IN PART.

DATED: September 23, 2026

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE